**Order entered August 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00772-CV

### PATRICK DAUGHERTY, Appellant

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P., ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Appellant's brief is currently due September 3, 2019. By letter filed August 16, 2019, appellant states the reporter's record is incomplete and that reporter's records of seven additional hearings have been requested. Appellant also seeks clarification of the deadline for his brief as the record is not complete. We construe appellant's letter as a motion.

One of the requested reporter's records - Show Cause Hearing on Sanctions held on July 13, 2015 - was transferred into this cause from appellate cause number 05-17-01115-CV pursuant to this Court's order dated August 1, 2019. As to the remaining requested reporter's records, we **ORDER** Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file, by **September 6, 2019**, the reporter's records from the following six hearings:

1. Show Cause hearing held on August 28, 2017;

2.      Hearing held on September 22, 2017;

3.      Contempt hearing held on September 18, 2017;

4.      Emergency Telephonic Hearing/Conference held on September 21, 2017;

5.      Sanctions hearing held on December 20, 2017; and

6.      Recusal hearing held on March 26, 2019.

**The reporter's records shall comply with the trial court's May 21, 2019 sealing order.**

Appellant's brief will be due **thirty days** after the additional six reporter's records are filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Reagor and all parties.

/s/     BILL WHITEHILL
         JUSTICE